UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY,<br><br>            Plaintiff,<br><br>   v.<br><br>AMAZON.COM; GOOGLE.COM, INC., BARNES AND NOBLES.COM; EBAY.COM; and TRAFFORD PUBLISHING COMPANY,<br><br>            Defendants. | CIVIL JUDGMENT<br><br>CASE NO. 3:17-cv-05833-RJB |

\_\_\_\_  **Jury Verdict.**  This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**  **Decision by Court.**  This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- Defendant eBay, Inc.'s Motion to Dismiss (Dkt. 27), Defendant Barnes and Noble, Inc.'s Motion to Dismiss (Dkt. 29), Defendant Trafford Publishing Company's Motion to Dismiss (Dkt. 30), Defendant Amazon.com Inc.'s Motion

Judgment

to Dismiss (Dkt. 31), and Defendant Google, LLC's Motion to Dismiss (Dkt. 32) ARE GRANTED;

- Plaintiff's claims ARE DISMISSED WITH PREJUDICE.
- This case IS CLOSED.

Dated this 20th day of March, 2018.

<u>William M. McCool</u>
Clerk of Court

<u> s/Tyler Campbell     </u>
Tyler Campbell, Deputy Clerk

Judgment